# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131564

JOSEPH RAYES and SANDY RAYES,
       Plaintiffs-Appellees,

v

CELADON TRUCKING SERVICES, INC.,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131564
COA: 257735
Macomb CC: 1999-003820-NI

On order of the Court, the application for leave to appeal the May 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J., would grant leave to appeal to consider the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

p1122